**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                    NO. 4:12CR00096-02 JLH

IVOR V'SHAWN GORDON                                                                    DEFENDANT

**ORDER**

The Clerk has received from Ivor V'Shawn Gordon a document that appears to have been drafted to be filed in the Circuit Court of Pulaski County but which was sent to this Court by mistake. The motion recites that Gordon is being held as a prisoner in the Arkansas Department of Correction, that an Information was filed against him on June 16, 2012, and that pursuant to the speedy trial rules of the Arkansas Rules of Criminal Procedure the Information filed against him should be dismissed. Here, Gordon was indicted on May 10, 2012, and the indictment was dismissed as to him on April 12, 2013. And, of course, the Arkansas Rules of Criminal Procedure do not apply in this Court.

Because it appears that Gordon sent the motion to this Court in error, the motion is dismissed without prejudice to Gordon's right to present it to the appropriate state court. Document #42.

IT IS SO ORDERED this 1st day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE